JOSEPH R. McGARRITY v. STATE OF NEW JERSEY.

March 29, 1976. Petition for certification as to Robert DiGiovanna is denied. Petition for certification as to Nicholas S. Fiore and Joseph R. McGarrity is granted. The decision of the Appellate Division is summarily reversed. (See 140 *N. J. Super.* 536)

STATE OF NEW JERSEY v. JOHN HUGHES.

March 11, 1976. Certification to Superior Court, Law Division is granted.

STATE OF NEW JERSEY v. ISAAC ALLEN.

March 11, 1976. Motion for leave to appeal is granted.

ART & CRAFT STUDIO, INC. v.
COLONIAL CRAFTSMEN, INC.

March 2, 1976. Motion for leave to appeal is granted and the denial by the trial court of a preliminary injunction is affirmed. The order of the trial court transferring the matter to the Law Division is reversed and it is remanded to the Chancery Division for trial.